UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>DAVID HUNSE AND CAROLE HUNSE<br><br>Debtors. | Case No. 19-04047<br>Chapter 13<br>Judge A. Benjamin Goldgar<br><br>Confirmation hearing:<br>5/03/2019 11:00 a.m. |

### WESTRIDGE HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 15, 2019

Now comes a certain Creditor, WESTRIDGE HOMEOWNERS ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtors' chapter 13 plan filed February 15, 2019 states as follows:

1. Westridge Homeowners Association is a claimant-creditor of the Debtors and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On March 19, 2019, Westridge Homeowners Association filed its proof of claim with respect to Debtors' obligation to pay association assessments for the property located at 809 River Oaks Court, Island Lake, Illinois 60042. (Exhibit "A").

3. That pursuant to Westridge Homeowners Association's governing documents, which have been recorded with the Recorder of Deeds of Lake County, Illinois, a lien attaches to the property of the Debtors to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Westridge Homeowners Association.

4. At the time Debtors filed the chapter 13 petition on February 15, 2019, Debtors owed the amount of $801.00 for past due assessments, late fees and attorney fees to Westridge Homeowners Association. (Exhibit "A").

5. Debtors' plan fails to fully and properly account for Westridge Homeowners Association secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Westridge Homeowners Association lien rights in Debtors' real estate and the proof of claim filed on March 19, 2019, Westridge Homeowners Association, should be included in Debtors' chapter 13 plan as a secured creditor in the amount of $801.00.

7. As a result of Debtors' failure to fully account for the pre-petition secured debt owed to Westridge Homeowners Association, confirmation of Debtors' February 15, 2019 plan should be denied.

WHEREFORE, Westridge Homeowners Association prays this court for entry of the attached order denying confirmation of the Debtors' plan filed February 15, 2019, and for any such other and further relief as this court deems just and equitable within the premises.

WESTRIDGE HOMEOWNERS ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446